# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL ANTHONY TUTT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CV418-138 |
| | ) |
| MEG HEAP, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case being redundant of the already-closed case *Tutt v. Heap*, CV418-135 (voluntarily dismissed by plaintiff, doc. 11, and dismissed on August 28, 2018), *compare* CV418-135, doc. 1 *with* CV418-138, doc. 1, this case should be **ADMINISTRATIVELY CLOSED**.

**SO ORDERED,** this  11th  day of January, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA