IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL ANTHONY TUTT,            )
                                 )
     Plaintiff,                  )
                                 )
v.                               )   CASE NO. CV418-138
                                 )
DISTRICT ATTORNEY MEG HEAP;      )
IIN HEAP; JUDGE MARY K. MOSS;    )
WILCHER, Sheriff of Chatham      )
County; SHERIFF OF TYBEE         )
ISLAND POLICE DEPT.; CNT AGENT   )
GARY WOODRUFF; CNT AGENT DAVID   )
BAKER; and GILBERT L. STACY;     )
                                 )
     Defendants.                 )
                                 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 15), to which objections have been filed (Doc. 18). Additionally, Plaintiff also filed an amended complaint in response to the report and recommendation. (Doc. 19.) In both his objections and his amended complaint, Plaintiff does not provide any meritorious objections to the conclusion in the report and recommendation. Instead, Plaintiff generally realleges the same allegations in his initial complaint and requests that this action be "continued depending on the out-come(sic.) of the state charges." (Id. at 11; see also Doc. 18.) After careful consideration, Plaintiff's request is denied. As stated in the report and recommendation, Plaintiff has failed to

state at least one actionable claim in his initial complaint or amended complaint. (Doc. 15.) Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** and the Clerk is **DIRECTED** to close this case.

SO ORDERED this 14th day of March 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA